1  Michael W. Halvorson, Bar #019807
   JONES, SKELTON & HOCHULI P.L.C.
2  40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
3  Telephone:  (602) 263-7371
   Fax:  (602) 200-7864
4  mhalvorson@jshfirm.com
   minuteentries@jshfirm.com
5
   Attorneys for Defendants
6

7                 **UNITED STATES DISTRICT COURT**

8                 **FOR THE DISTRICT OF ARIZONA**

9  Susan L. Cardenas, an adult person,

10                                   Plaintiff,  |  **NO.**

11         v.

12  Brook Jamison Clayton and Jane Doe Clayton,  |  **NOTICE OF REMOVAL**
    husband and wife; The Green Line Enterprises,
13  Inc., a corporation; John Does I-V; Jane Does
    I-V; Black Partnerships I-V; and White
14  Corporations I-V,

15                                   Defendants.

16

17  **TO: THE CLERK OF THE ABOVE ENTITLED COURT:**

18         1.     PLEASE TAKE NOTICE that Defendant Brook Clayton Jamison[1] ("Removing

19  Defendant"), with the consent of Defendants The Green Line Enterprises, Inc., and Jane Doe

20  Clayton, whose true name is Athena Jamison, by and through undersigned counsel, and pursuant

21  to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes the state court action described below to

22  this Court.

23

24

25         [1] The Caption incorrectly named this Defendant as Brook Jamison Clayton.

10756303.1

**TIMELINESS OF REMOVAL**

2.     On or about February 14, 2022, an action was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa, entitled *Cardenas v. Clayton, et al.*, Civil Docket No. CV2022-001786 (the "State Court Action").

3.     Defendant Green Line Enterprises, Inc. was served with a copy of the Summons and Complaint in the State Court Action via mail on May 13, 2022. Defendant Jane Doe Jamison was served with a copy of the Summons and Complaint in the State Court Action on June 7, 2022.

4.     Removing Defendant was served with a copy of the Summons and Complaint in the State Court Action on June 7, 2022.  Accordingly, pursuant to 28 U.S.C. § 1446(b), Plaintiff served Removing Defendant Brook Clayton within 30 days before the filing of this Notice of Removal.

**COPIES OF PLEADINGS**

5.     Plaintiff's Complaint, along with a true and complete copy of the State Court Action file is attached hereto as **Exhibit "A."**

6.     Defendant The Green Line Enterprises, Inc.'s Corporate Disclosure Statement is attached hereto as **Exhibit "B."**

7.     Removing Defendant has not made an appearance in the State Court Action. No other named Defendant has made an appearance in the State Court Action.

**NOTICE TO STATE COURT**

8.     Notice of the filing of this Notice of Removal has been provided to Plaintiff by service of a copy of this Notice of Removal upon Plaintiff's attorney as required by 28 U.S.C. § 1446(d). A true and correct copy of this Notice of Removal has been filed with the Clerk of the Superior Court of Maricopa County in accordance with the provisions of 28 U.S.C. § 1446(d), along with a notice of that filing.

10756303.1

## AMOUNT IN CONTROVERSY

9.      Plaintiff's Complaint does not allege a specific amount in controversy. *See* Plaintiff's Complaint, attached as **Exhibit "A."** However, Plaintiff has alleged that this case qualifies as a Tier 3 case under Rule 26.2(c), *Ariz. R. Civ. P.* By designating this case as Tier 3, Plaintiff attests that her damages are *Three-Hundred Thousand Dollars* ($300,000) or more. *See* Rule 26.2(c)(3)(C), *Ariz. R. Civ. P.* This is more than the minimum to satisfy the monetary portion of the Court's diversity jurisdiction, which means the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

## DIVERSITY JURISDICTION

10.      As alleged in Plaintiff's Complaint in the State Court Action, Plaintiff is a resident of Maricopa County, Arizona where she presumably intends to remain. *See* Plaintiff's Complaint, attached as **Exhibit "A."** She is thus considered a citizen of Arizona.

11.      Removing Defendant Brook Jamison resides in Douglas County, Oregon, where he intends to remain. He is thus considered a citizen of Oregon.

12.      Defendant Jane Doe Clayton, whose true name is Athena Jamison, resides in Douglas County, Oregon, where she intends to remain. She is thus considered a citizen of Oregon.

13.      Defendant Green Line Enterprises Inc. is an Oregon corporation with its principal place of business in Eugene, Oregon. It is thus considered a citizen of Oregon.

14.      Thus, Plaintiff and Defendants are citizens of separate states and complete diversity exists between them.

## CONCLUSION

15.      This Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship and the minimum monetary amount is satisfied. Thus, removal to this Court pursuant to 28 U.S.C. § 1441(b) is proper.

10756303.1

16.     WHEREFORE, Removing Defendant requests that the case currently pending in Maricopa County Superior Court be placed on the docket of the United States District Court for the District of Arizona.

DATED this 7th day of July, 2022.

JONES, SKELTON & HOCHULI P.L.C.

By _____
Michael W. Halvorson
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Wendy Mungai

4