Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/12/2022 12:50:56 PM
Filing ID 13932593

Person/Attorney Filing: Steve M Tidmore
Mailing Address: Tidmore Law Offices, Pllc 301 E. Bethany Home Road, Suite
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Susan L. Cardenas
Plaintiff(s),
v.
Brook J. Clayton, et al.
Defendant(s).

Case No. **CV2022-001786**

**SUMMONS**

To: Jane Doe Clayton

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *February 12, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *KYOKO HIGUCHI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6531945

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/12/2022 12:50:56 PM
Filing ID 13932592

Person/Attorney Filing: Steve M Tidmore
Mailing Address: Tidmore Law Offices, Pllc 301 E. Bethany Home Road, Suite
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Susan L. Cardenas
Plaintiff(s),
v.
Brook J. Clayton, et al.
Defendant(s).

Case No.  **CV2022-001786**

**SUMMONS**

To: Brook J. Clayton

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *February 12, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *KYOKO HIGUCHI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6531945

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/12/2022 12:50:56 PM
Filing ID 13932594

Person/Attorney Filing: Steve M Tidmore
Mailing Address: Tidmore Law Offices, Pllc 301 E. Bethany Home Road, Suite
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Susan L. Cardenas
Plaintiff(s),
v.
Brook J. Clayton, et al.
Defendant(s).

Case No. **CV2022-001786**

**SUMMONS**

To: The Green Line Enterprises, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *February 12, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *KYOKO HIGUCHI*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6531945

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/12/2022 12:50:56 PM
Filing ID 13932589

**STEVE M. TIDMORE, ESQ.**
State Bar No. 007228
**JESSE L. MILLER, ESQ.**
State Bar No. 031859
**TIDMORE LAW OFFICES, P.L.L.C.**
301 East Bethany Home Road, Suite C-178
Phoenix, Arizona 85012-1295
Phone: (602) 264-1973
Fax: (602) 230-7377
stidmore@tidmorelaw.com

JOSH A. VALDEZ, Esq. (023509)
JOSEPH A. HOXIE, Esq. (033225)
**VALDEZ LAW P.L.L.C.**
323 West Roosevelt Street, Suite 100
Phoenix, Arizona 85003
Phone: (480) 264-0645
E-mail: joshvaldez@valdezazlaw.com

Attorneys for Plaintiff

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SUSAN L. CARDENAS, an adult person, | Case No.: CV2022-001786 |
| Plaintiff, | **C O M P L A I N T** (Tort, Motor Vehicle) |
| v. | |
| BROOK JAMISON CLAYTON and JANE DOE CLAYTON, husband and wife; THE GREEN LINE ENTERPRISES, INC., a corporation; JOHN DOES I-V; JANE DOES I-V; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V, | |
| Defendants. | |

Plaintiff Susan L. Cardenas ("Plaintiff"), by and through her counsel undersigned, alleges as follows:

1     1.    At all times material hereto, Plaintiff was a resident of Maricopa County,

2 Arizona.

3     2.    At all times material hereto, Defendant Brook Jamison Clayton ("Clayton")

4 was married to Jane Doe Clayton and resided in Eugene, Oregon. At all relevant times,

5 Defendant Clayton was acting individually and on behalf of his marital estate.

6     3.    At all times material hereto, Defendant The Green Line Enterprises, Inc.

7 ("Green Line") was a corporation authorized to do business in Arizona with multiple

8 contacts within Maricopa County.

9     4.    At all times material hereto, Defendant Clayton was operating a semi-

10 tractor-trailer within the course and scope of his employment for Defendant Green Line.

11 Defendant Green Line is vicariously liable for the negligent conduct of Defendant Clayton

12 complained of herein, in accordance with the doctrine of Respondeat Superior.

13     5.    The names of Jane Doe Clayton, John Does I-V, Jane Does I-V, Black

14 Partnerships I-V; and White Corporations I-V are unknown to Plaintiff, but upon

15 ascertaining their names, Plaintiff will ask leave of the Court to insert their true names in

16 lieu of the fictitious names herein sued upon.

17     6.    This Court has personal jurisdiction over Defendants as they caused events to

18 occur in Maricopa County, Arizona. The amount in controversy exceeds the Court's

19 minimum jurisdictional amount. This is a Tier Three case.

20     7.    This Court has subject matter jurisdiction over this action on the basis that

21 the activities complained of occurred in Maricopa County, Arizona.

22     8.    Venue is proper in Maricopa County, Arizona.

1        9.     On February 28, 2020, Plaintiff was driving a Toyota Scion in the

2  northbound curb lane of Avondale Boulevard, inside Avondale, Arizona. As Plaintiff's

3  Toyota Scion approached the intersection with the Interstate 10 eastbound frontage road,

4  she slowed to complete a right hand turn. Simultaneously, a semi-tractor-trailer operated

5  by Defendant Clayton, within the course and scope of his employment for Defendant Green

6  Line, executed a right hand turn from northbound Avondale Boulevard onto eastbound I-10

7  from the lane to the left of Plaintiff's lane.

8        10.    As Defendant Clayton executed the right turn, he "cut the corner" and

9  entered the lane in which Plaintiff was traveling, impacting the left rear of Plaintiff's

10  Toyota Scion. The force of the collision caused Plaintiff's Toyota Scion to spin off the

11  roadway to the right.

12       11.    In accordance with Arizona Revised Statutes §§ 28-701(A) and 28-729,

13  Defendant Clayton had a duty to maintain control of the speed of his vehicle and to avoid

14  changing lanes in an unsafe manner. By "cutting the corner" while executing the above

15  described right-hand turn; entering Plaintiff's lane of traffic; and, allowing his semi-tractor-

16  trailer to impact Plaintiff's Toyota Scion, Defendant Clayton's conduct was negligent per

17  se.

18       12.    The February 28, 2020, collision, occurred as the sole, direct, and proximate

19  negligence of Defendant Clayton. This collision was not caused by the conduct of

20  Plaintiff.

21       13.    As the direct result of the negligence of Defendant Clayton, Plaintiff

22  sustained injuries which have caused Plaintiff pain, suffering, mental and emotional

3

1    anguish and a general decrease in the quality of life.  At this time Plaintiff does not know

2    whether any of said injuries are permanent and, if so, the extent of the permanency.

3    Plaintiff believes, and therefore alleges that said injuries may have a permanent, residual

4    effect.

5        14.    As a further result of the negligence of Defendant Clayton, Plaintiff has

6    incurred expenses for hospital treatment, medical expenses, physicians, pharmaceuticals,

7    physical therapy and other expenses, and may continue to incur such expenses in the future.

8        15.    As a further result of the negligence of Defendant Clayton, Plaintiff has

9    suffered a loss of income and earning capacity has been impaired. Plaintiff's income and

10   earning capacity may be impaired in the future.

11       16.    As a further result of the negligence of Defendant Clayton, Plaintiff has

12   sustained uncompensated out-of-pocket expenses and damages resulting from the property

13   damage to her vehicle.

14       WHEREFORE, Plaintiff prays for judgment against Defendant Clayton, as follows:

15       (1)    For general and compensatory damages in an amount to be proven at trial;

16       (2)    For special damages for lost earnings, loss of use, property damage, medical

17   and other healthcare expenses which have been incurred and will be incurred in the future;

18       (3)    For Plaintiff's costs herein; and

19       (4)    For such other relief as the Court deems proper.

20

21

22   / / /

4

1    Dated this 14th day of February , 2022.

2                                TIDMORE LAW OFFICES, P.L.L.C.

3

4

     Steve M. Tidmore, Esq.
5    Jesse L. Miller, Esq.
     301 East Bethany Home Road, Suite C-178
6    Phoenix, Arizona 85012-1295
     Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

                                    5

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
2/12/2022 12:50:56 PM
Filing ID 13932591

Person/Attorney Filing: Steve M Tidmore
Mailing Address: Tidmore Law Offices, Pllc 301 E. Bethany Home Road, Suite
City, State, Zip Code: Phoenix, AZ 85012
Phone Number: (602)264-1973
E-Mail Address: stidmore@tidmorelaw.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 007228, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Susan L. Cardenas
Plaintiff(s),
v.
Brook J. Clayton, et al.
Defendant(s).

Case No.  CV2022-001786

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the
Local Rules of Practice for the Maricopa County Superior Court, and I further certify that
this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of
the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Steve M Tidmore /s/
    **Plaintiff/Attorney for Plaintiff**

AZturboCourt.gov Form Set 86531845

Clerk of the Superior Court
*** Electronically Filed ***
T. Hays, Deputy
4/1/2022 4:24:51 PM
Filing ID 14130104

**STEVE M. TIDMORE, ESQ.**
State Bar No. 007228
**JESSE L. MILLER, ESQ.**
State Bar No. 031859
**TIDMORE LAW OFFICES, P.L.L.C.**
301 East Bethany Home Road, Suite C-178
Phoenix, Arizona 85012-1295
Phone: (602) 264-1973
Fax: (602) 230-7377
E-mail: stidmore@tidmorelaw.com
E-mail: jesse@tidmorelaw.com

JOSH A. VALDEZ, Esq. (023509)
JOSEPH A. HOXIE, Esq. (033225)
**VALDEZ LAW P.L.L.C.**
323 West Roosevelt Street, Suite 100
Phoenix, Arizona 85003
Phone: (480) 264-0645
E-mail: joshvaldez@valdezazlaw.com

Attorneys for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SUSAN L. CARDENAS, an adult person,<br><br>            Plaintiff,<br><br>v.<br><br>BROOK JAMISON CLAYTON and JANE DOE CLAYTON, husband and wife; THE GREEN LINE ENTERPRISES, INC., a corporation; JOHN DOES I-V; JANE DOES I-V; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V,<br><br>            Defendants. | Case No.: CV2022-001786<br><br>**MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**<br><br>(Assigned to the Honorable Jay Adleman) |

Plaintiff Susan L. Cardenas, by and through counsel undersigned, and pursuant to

1

1   Rule 4(i), Arizona Rules of Civil Procedure, hereby moves to extend the time to complete

2   service of the Summons and Complaint by 90 days to August 11, 2022.

3         This action arises out of a vehicular collision that occurred on February 28, 2020.

4   At the time, Plaintiff's vehicle was impacted by a semi-tractor trailer operated by Defendant

5   Brook Jamison Clayton ("Defendant Clayton") in the course and scope of his employment

6   for Defendant Green Line Enterprises, Inc. ("Defendant Green").  The crash report

7   prepared by Avondale Police Department listed addresses for both Defendants in Eugene,

8   Oregon.

9         On February 12, 2022, Plaintiff filed her Complaint.  The Oregon Corporation

10  Commission identified Defendant Green's statutory agent as Fred Banks, 29744 Awbrey

11  Lane, Suite A, Eugene, Oregon 97402.  Since that time, process servers retained by

12  Plaintiff have performed multiple service attempts on Mr. Banks.  The building is locked

13  with an intercom system.  Process servers were informed, through the intercom system, that

14  Mr. Banks was out of the country on vacation.  On two other attempts, Mr. Banks was

15  apparently ill.  Additionally, service has not been completed on Defendant Clayton likely

16  due to him being a truck driver.

17         This action is scheduled to abate on May 13, 2022.  In order to allow Plaintiff

18  sufficient time to complete service on these Defendants, and likely move for alternative

19  service, it is necessary to extend the deadline in this matter.  Based on the foregoing,

20  Plaintiff respectfully requests that this Honorable Court extend the time limit for

21  completing service of the pleadings to August 11, 2022.

22         This Motion is made in good faith.

Dated this  1st  day of  April , 2022.

TIDMORE LAW OFFICES, P.L.L.C.


/s/ Jesse L. Miller
Steve M. Tidmore, Esq.
Jesse L. Miller, Esq.
301 East Bethany Home Road, Suite C-178
Phoenix, Arizona 85012-1295
Attorneys for Plaintiff

This  1st  day of  April , 2022:

ORIGINAL E-FILED with the
Superior Court, and COPIES
of the foregoing SENT to:

The Honorable Jay Adleman

/s/ Jesse L. Miller

3

1  **STEVE M. TIDMORE, ESQ.**
   State Bar No. 007228
2  **JESSE L. MILLER, ESQ.**
   State Bar No. 031859
3  **TIDMORE LAW OFFICES, P.L.L.C.**
   301 East Bethany Home Road, Suite C-178
4  Phoenix, Arizona 85012-1295
   Phone: (602) 264-1973
5  Fax: (602) 230-7377
   E-mail: stidmore@tidmorelaw.com
6  E-mail: jesse@tidmorelaw.com

7  JOSH A. VALDEZ, Esq. (023509)
   JOSEPH A. HOXIE, Esq. (033225)
8  **VALDEZ LAW P.L.L.C.**
   323 West Roosevelt Street, Suite 100
9  Phoenix, Arizona 85003
   Phone: (480) 264-0645
10 E-mail: joshvaldez@valdezazlaw.com

11 Attorneys for Plaintiff

12          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

13              **IN AND FOR THE COUNTY OF MARICOPA**

14 SUSAN L. CARDENAS, an adult person,          Case No.: CV2022-001786

15              Plaintiff,                       **MOTION FOR ALTERNATIVE
                                                 SERVICE**
16 v.
                                                 (Assigned to the Honorable
17 BROOK JAMISON CLAYTON and JANE               Jay Adleman)
   DOE CLAYTON, husband and wife; THE
18 GREEN LINE ENTERPRISES, INC., a
   corporation; JOHN DOES I-V; JANE
19 DOES I-V; BLACK PARTNERSHIPS I-V;
   and WHITE CORPORATIONS I-V,
20
                Defendants.
21

22          Plaintiff Susan L. Cardenas ("Plaintiff"), by and through counsel undersigned,

                                         1

1   pursuant to Rule 4.2(h), Arizona Rules of Civil Procedure, hereby moves this Honorable

2   Court for an order allowing completion of service of the pleadings on Defendant The

3   Green Line Enterprises, Inc., ("Defendant Green Line") by alternative means by mailing a

4   copy of the pleadings to Defendant's statutory agent.  This Motion is supported by the

5   Memorandum of Points and Authorities attached hereto and incorporated herein by this

6   reference.

7                    **Memorandum of Points and Authorities**

8            On February 28, 2020, inside Avondale, Arizona, Plaintiff's vehicle was struck by a

9   semi-tractor trailer operated by Defendant Brook Jamison Clayton ("Defendant Clayton")

10  while in the course and scope of his employment for Defendant Green Line.

11          The crash report prepared by Avondale Police Department listed Defendant

12  Clayton's address as 3950 Coburg Road, Space 28, Eugene, Oregon 97408.  Defendant

13  Clayton was recently served at a different address in Roseburg, Oregon.

14          The crash report also listed Defendant Green Line's business address as 29744

15  Awbrey Lane, Suite A, Eugene, Oregon 97402.  This is the same address identified by the

16  Oregon Secretary of State Corporation Commission website.  The website also identified

17  Defendant Green Line's president and statutory agent as Fred Banks.

18          On Plaintiff's request, B. Reid, a certified process server, attempted to personally

19  serve Defendant Green Line by serving Mr. Banks at their business address.  Pursuant to

20  Mr. Reid's Certificate of Non-Service, attached hereto, Mr. Reid was only able to speak to

21  a person through an intercom system at the property.  During three attempts, Mr. Banks

22  was 1) on vacation; 2) ill; and 3) then on vacation again.  Counsel undersigned also mailed

2

1   a copy of the pleadings to Defendant Green Line on May 9, 2022.

2   Based on these attempts and consistent with Mr. Reid's Certificate, it is highly likely

3   that Mr. Banks is avoiding service of the pleadings in connection with this action.  Under

4   the circumstances, Plaintiff respectfully request that this Honorable Court allow service on

5   Defendant Green Line by alternative means by mailing a copy of the pleadings to its

6   president/statutory agent at its business address noted above by regular and certified mail.

7   This Motion is made in good faith and is not intended to delay these proceedings.

8   Dated this _27th_ day of _June_, 2022.

9   TIDMORE LAW OFFICES, P.L.L.C.

10

11   /s/ Jesse L. Miller
     Steve M. Tidmore, Esq.

12   Jesse L. Miller, Esq.
     301 East Bethany Home Road, Suite C-178

13   Phoenix, Arizona 85012-1295
     Attorneys for Plaintiff

14   This _27th_ day of _June_, 2022:

15   ORIGINAL E-FILED with the

16   Superior Court, and COPIES
     of the foregoing SENT to:

17   The Honorable Jay Adleman

18   /s/ Jesse L. Miller

19

20

21

22

3

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

SUSAN L. CARDENAS

Plaintiff,

Case Number: CV2022-001786

**RETURN OF NON-SERVICE**

vs.

BROOK J. CLAYTON, ET AL

Defendant.

Received by OREGON PROCESS SERVICE, INC. to be served on **FRED BANKS AS REGISTERED AGENT FOR GREEN LINE ENTERPRISES, INC., 29744 AWBREY LANE, EUGENE, OR 97402**.

I, B. REID, do hereby affirm that on the **2nd day of May, 2022** at **1:07 pm, I:**

<u>NON-SERVED</u>: After due search and diligent inquiry I was unable to serve the **SUMMONS AND COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION** for the reason that I failed to find said defendant at the aforementioned address.

**Additional Information pertaining to this Service:**
MULTIPLE ATTEMPTS MADE. THIS IS A BUSINESS ADDRESS. THEY ONLY ANSWERED VIA INTERCOM. MULTIPLE ATTEMPTS. PER PERSON ON INTERCOM, SUBJECT IS ON VACATION, THEN ILL, THEN ON VACATION AGAIN. SEEM TO BE AVOIDING. SUGGEST SENDING SHERIFF.

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to, nor an officer, director or employee of, nor attorney for any party in this action.   I declare under the penalty of perjury that the above statement is true and correct.

**B. REID**
Process Server

5-6-2022

**Date**

**OREGON PROCESS SERVICE, INC.**
**P.O. Box 23938**
**Eugene, OR 97402**
**(541) 485-0006**

Our Job Serial Number: OPS-2022000207
Ref: 22-076

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1m

Granted as Submitted
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
T. DeRaddo, Deputy
4/8/2022 8:00:00 AM
Filing ID 14152945

1  **STEVE M. TIDMORE, ESQ.**
   State Bar No. 007228
2  **JESSE L. MILLER, ESQ.**
   State Bar No. 031859
3  **TIDMORE LAW OFFICES, P.L.L.C.**
   301 East Bethany Home Road, Suite C-178
4  Phoenix, Arizona 85012-1295
   Phone: (602) 264-1973
5  Fax: (602) 230-7377
   E-mail: stidmore@tidmorelaw.com
6  E-mail: jesse@tidmorelaw.com

7  JOSH A. VALDEZ, Esq. (023509)
   JOSEPH A. HOXIE, Esq. (033225)
8  **VALDEZ LAW P.L.L.C.**
   323 West Roosevelt Street, Suite 100
9  Phoenix, Arizona 85003
   Phone: (480) 264-0645
10 E-mail: joshvaldez@valdezazlaw.com

11 Attorneys for Plaintiff

12          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

13              **IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| 14  SUSAN L. CARDENAS, an adult person, | Case No.: CV2022-001786 |
| 15                     Plaintiff, | **O R D E R** |
| 16  v. | (Assigned to the Honorable Jay Adleman) |
| 17  BROOK JAMISON CLAYTON and JANE DOE CLAYTON, husband and wife; THE | |
| 18  GREEN LINE ENTERPRISES, INC., a corporation; JOHN DOES I-V; JANE | |
| 19  DOES I-V; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V, | |
| 20                     Defendants. | |
| 21 | |

22          Based upon the foregoing Motion and good cause appearing:

23          IT IS HEREBY ORDERED extending time to complete service of the pleadings to

1    August 11, 2022.

2           DONE IN OPEN COURT: _____

3                              _____
                               JUDGE OF THE SUPERIOR COURT

4    This _____ day of _____, 2022:

5
     COPIES of the foregoing
6    SENT to:

7    Steve M. Tidmore, Esq.
     Jesse L. Miller, Esq.
8    TIDMORE LAW OFFICES, P.L.L.C
     301 East Bethany Home Road, Suite C-178
9    Phoenix, Arizona 85012
     Attorneys for Plaintiff
10
     Josh A. Valdez, Esq.
11   Joseph A. Hoxie, Esq.
     VALDEZ LAW P.L.L.C.
12   323 West Roosevelt Street, Suite 100
     Phoenix, Arizona 85003
13   Attorneys for Plaintiff

14   _____

15

16

17

18

19

20

21

22

23

## ENDORSEMENT PAGE

CASE NUMBER: CV2022-001786

E-FILING ID #: 14152945

SIGNATURE DATE: 4/7/2022

FILED DATE: 4/8/2022 8:00:00 AM

STEVE M TIDMORE

BROOK JAMISON CLAYTON
3950 COBURG RD SPC 28 EUGENE OR 97408

GREEN LINE ENTERPRISES INC, THE
29744 AWBREY LN EUGENE OR 97402

# eSignature Page 1 of 1

Filing ID: 14152945   Case Number: CV2022-001786
Original Filing ID: 14130104

**Granted as Submitted**



/S/ Jay Adleman Date: 4/7/2022
Judicial Officer of Superior Court

Mail Code: _____

Clerk of the Superior Court
Maricopa County
201 W. Jefferson
Phoenix, Arizona 85003

RETURN SERVICE REQUESTED



US POSTAGE ᴾᴵᵀᴺᴱʸ ᴮᴼᵂᴱˢ

ZIP 85003
02 1W
0001403096 APR 08 2022

$ 000.48⁵

ComBasPrice
First Class Mail
Presort

BRK-IMB      97402

23744 AWBREY LN STE A 97402

GREEN LINE ENTERPRISES INC, THE
29744 AWBREY LN
EUGENE OR  97402

Granted as Submitted
***See eSignature page***

Clerk of the Superior Court
*** Electronically Filed ***
K. Treftz, Deputy
6/30/2022 8:00:00 AM
Filing ID 14496409

| 1 | **STEVE M. TIDMORE, ESQ.** |
| | State Bar No. 007228 |
| 2 | **JESSE L. MILLER, ESQ.** |
| | State Bar No. 031859 |
| 3 | **TIDMORE LAW OFFICES, P.L.L.C.** |
| | 301 East Bethany Home Road, Suite C-178 |
| 4 | Phoenix, Arizona 85012-1295 |
| | Phone: (602) 264-1973 |
| 5 | Fax: (602) 230-7377 |
| | E-mail: stidmore@tidmorelaw.com |
| 6 | E-mail: jesse@tidmorelaw.com |
| 7 | JOSH A. VALDEZ, Esq. (023509) |
| | JOSEPH A. HOXIE, Esq. (033225) |
| 8 | **VALDEZ LAW P.L.L.C.** |
| | 323 West Roosevelt Street, Suite 100 |
| 9 | Phoenix, Arizona 85003 |
| | Phone: (480) 264-0645 |
| 10 | E-mail: joshvaldez@valdezazlaw.com |
| 11 | Attorneys for Plaintiff |

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| SUSAN L. CARDENAS, an adult person, | Case No.: CV2022-001786 |
| Plaintiff, | |
| v. | **O R D E R** |
| | (Assigned to the Honorable Jay Adleman) |
| BROOK JAMISON CLAYTON and JANE DOE CLAYTON, husband and wife; THE GREEN LINE ENTERPRISES, INC., a corporation; JOHN DOES I-V; JANE DOES I-V; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V, | |
| Defendants. | |

Based upon the foregoing Motion and good cause appearing:

IT IS HEREBY ORDERED allowing service on Defendant The Green Line

1

1    Enterprises, Inc., ("Defendant") by mailing a copy of the pleadings to Defendant's

2    president/statutory agent at the business address in Eugene, Oregon.

3            DONE IN OPEN COURT: _____

4                                            _____
                                             JUDGE OF THE SUPERIOR COURT

5    This _____ day of _____, 2022:

6    COPIES of the foregoing
7    SENT to:

8    Steve M. Tidmore, Esq.
     Jesse L. Miller, Esq.
9    TIDMORE LAW OFFICES, P.L.L.C
     301 East Bethany Home Road, Suite C-178
10   Phoenix, Arizona 85012
     Attorneys for Plaintiff
11
     Josh A. Valdez, Esq.
12   Joseph A. Hoxie, Esq.
     VALDEZ LAW P.L.L.C.
13   323 West Roosevelt Street, Suite 100
     Phoenix, Arizona 85003
14   Attorneys for Plaintiff

15   _____

16

17

18

19

20

21

22

23

                                             2

Filing ID: 14496409   Case Number: CV2022-001786
Original Filing ID: 14486010

---

**Granted as Submitted**



/S/ Jay Adleman Date: 6/29/2022

Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2022-001786

SIGNATURE DATE: 6/29/2022

E-FILING ID #: 14496409

FILED DATE: 6/30/2022 8:00:00 AM

STEVE M TIDMORE

BROOK JAMISON CLAYTON
3950 COBURG RD SPC 28 EUGENE OR 97408

GREEN LINE ENTERPRISES INC, THE
29744 AWBREY LN EUGENE OR 97402

CLERK OF THE
SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA 2022 JUN 16  PM 5: 41

SUSAN L. CARDENAS

          Plaintiff,

  vs.

BROOK J. CLAYTON, ET AL

          Defendant.

Case Number: CV2022-001786

**AFFIDAVIT OF SERVICE**

**FILED**

BY Jwood    DEP

Received by Alley Catz Process Services on the 7th day of June, 2022 at 1:34 pm to be served on **BROOK CLAYTON JAMISON, 2170 NW CREST CT, ROSEBURG, OR 97471**.

I, Robin Robbins, being duly sworn, depose and say that on the **7th day of June, 2022** at **5:20 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION** with the date and hour of service endorsed thereon by me, to: **ATHENA JAMISON** as CO OCCUPANT / WIFE at the address of: **2170 NW CREST CT, ROSEBURG, OR 97471**, the within named person's usual place of **Abode**, who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.I, **Robin Robbins** On the **6/8/2022**. I personally deposited a true copy of the **SUMMONS AND COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION together with a statement of the date, time, and place at which substituted service was made** with the United States Postal Service, via first class mail, in a sealed envelope, postage prepaid, addressed to the party to be served: **2170 NW CREST CT, ROSEBURG, OR 97471**.

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on _9th_ day

of _June_ 20__ by

_Jamie Joanette_

_Douglas_

NOTARY PUBLIC - STATE OF OREGON

COUNTY

**OFFICIAL STAMP**
JAMIE D JOANETTE
NOTARY PUBLIC - OREGON
COMMISSION NO. 1007938
MY COMMISSION EXPIRES JANUARY 14, 2025

_Robin Robbins_

**Robin Robbins**
Process Server

**Alley Catz Process Services**
420 S.E. Main St
Roseburg, OR 97470
**(541) 679-9619**

Our Job Serial Number: RRA-2022000988

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2a

CLERK OF·THE
‑ SUPERIOR COURT
RECEIVED SE
DOCUMENT DEPOSITORY

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA 2022 JUN 16 PM 5:41
IN AND FOR THE COUNTY OF MARICOPA

SUSAN L. CARDENAS
                                              Plaintiff,          Case Number: CV2022-001786          **FILED**

                                                                  **AFFIDAVIT OF SERVICE**          BY Jwoo0          DEP

        vs.

BROOK J. CLAYTON, ET AL
                                              Defendant.

Received by Alley Catz Process Services on the 7th day of June, 2022 at 1:34 pm to be served on **JANE DOE JAMISON, 2170 NW CREST CT, ROSEBURG, OR 97471.**

I, Robin Robbins, being duly sworn, depose and say that on the **7th day of June, 2022 at 5:20 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION** with the date and hour of service endorsed thereon by me, to: **ATHENA JAMISON as CO OCCUPANT** at the address of: **2170 NW CREST CT, ROSEBURG, OR 97471**, the within named person's usual place of **Abode**, who resides therein, who is fourteen (14) years of age or older and informed said person of the contents therein, in compliance with state statutes.I, **Robin Robbins** On the 6/8/2022. I  personally deposited a true copy of the **SUMMONS AND COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION** together with a statement of the date, time, and place at which substituted service was made with the United States Postal Service, via first class mail, in a sealed envelope, postage prepaid, addressed to the party to be served: **2170 NW CREST CT, ROSEBURG, OR 97471.**

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.

I hereby declare that the above statement istrue to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on ___9th___ day
of __June__, 20 __22__ by
**[signature]**
NOTARY PUBLIC, STATE OR OREGON
__Douglas__ COUNTY

OFFICIAL STAMP
JAMIE D JOANETTE
NOTARY PUBLIC - OREGON
COMMISSION NO. 1007938
MY COMMISSION EXPIRES JANUARY 14, 2025

**[signature]**
**Robin Robbins**
Process Server

**Alley Catz Process Services**
420 S.E. Main St
Roseburg, OR 97470
(541) 679-9619

Our Job Serial Number: RRA-2022000989

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2a

1  Michael W. Halvorson, Bar #019807
   Seraphim D. Sparrow, Bar #037167
2  JONES, SKELTON & HOCHULI P.L.C.
   40 N. Central Avenue, Suite 2700
3  Phoenix, Arizona 85004
   Telephone:  (602) 263-7371
4  Fax:  (602) 200-7864
   mhalvorson@jshfirm.com
5  ssparrow@jshfirm.com
   minuteentries@jshfirm.com
6
   Attorneys for Defendant The Green Line
7  Enterprises, Inc.

8
                **SUPERIOR COURT OF THE STATE OF ARIZONA**
9
                        **COUNTY OF MARICOPA**
10

11 SUSAN L. CARDENAS, an adult person,        NO. CV2022-001786

12                               Plaintiff,   **NOTICE TO STATE COURT OF**
                                              **REMOVAL OF THIS ACTION TO**
                                              **FEDERAL COURT**
13          v.

14 BROOK JAMISON CLAYTON and JANE             (Assigned to the Honorable Jay Adleman)
   DOE CLAYTON, husband and wife; THE
15 GREEN LINE ENTERPRISES, INC., a
   corporation; JOHN DOES I-V; JANE DOES I-
16 V; BLACK PARTNERSHIPS I-V; and
   WHITE CORPORATIONS I-V,
17
                              Defendants.
18

19   **TO: THE CLERK OF THE ABOVE-ENTITLED COURT:**

20          PLEASE TAKE NOTICE that on July 6, 2022, Defendant Brook Clayton Jamison[1]

21 filed in the United States District Court for the District of Arizona, a Notice of Removal and

22 accompanying pleadings for the above-entitled action pursuant to 28 U.S.C. section 1332, 1441,

23

24

25
   _____
        [1] The Caption incorrectly named this Defendant as Brook Jamison Clayton.

10755289.1

and 1446. True and correct copies of the Notice of Removal (exclusive of exhibits) are filed herewith.

DATED this 7th day of July, 2022.

JONES, SKELTON & HOCHULI P.L.C.

By _____
Michael W. Halvorson
Seraphim D. Sparrow
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant The Green Line
Enterprises, Inc.

ORIGINAL of the foregoing electronically filed
this 7th day of July, 2022.

COPY of the foregoing e-mailed
this 7th day of July, 2022, to:

Steve M. Tidmore
Jesse L. Miller
Tidmore Law Offices, PLLC
301 E. Bethany Home Rd., Suite C-178
Phoenix    AZ   85012-1295
stidmore@tidmorelaw.com

Josh A. Valdez
Joseph A. Hoxie
Valdez Law PLLC
323 W. Roosevelt St., Suite 100
Phoenix    AZ   85003
joshvaldez@valdezazlaw.com

Attorneys for Plaintiff


/s/ Wendy Mungai
_____

10755289.1